IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| NAOMI L. COBB | ) | CASE NO. 11-03129-BGC-13 |
| SSN: XXX-XX-8391 | ) | |
| | ) | |
| Debtor. | ) | |

TRUSTEE'S MOTION TO MODIFY PLAN
AFTER CONFIRMATION

COMES NOW D. Sims Crawford, Chapter 13 Standing Trustee ("Trustee"), and moves this Honorable Court to modify the confirmed plan in the above-styled case. As grounds therefor, the Trustee offers the following unto this Court:

1. The Trustee files this motion pursuant to 11 U.S.C. § 1329 and Fed. R. Bankr. Proc. 9013.

2. Santander filed claim #5 on November 21, 2011 in the amount of $13,765.06.

3. The plan confirmed on September 13, 2011did not provide for payment of this debt.

4. The Trustee seeks to modify the confirmed plan to allow for payment of claim # 5.

5. The Trustee also requests that plan payments be increased to $487.00 monthly to include payment of said claim with the other filed, allowed claims.

WHEREFORE, the Trustee moves this Honorable Court to modify the confirmed plan as requested herein. The Trustee prays for such other relief as this Honorable Court deems appropriate.

    D. Sims Crawford
    Chapter 13 Standing Trustee

    By: /s/ Charles E. King
    Charles E. King
    Assistant Trustee
    P.O. Box 10848
    Birmingham, AL 35202-0848
    (205) 323-4631

CERTIFICATE OF SERVICE

       I hereby certify that a correct copy of the foregoing Motion has been forwarded by Email or U.S. mail to the Debtor, the Debtor's Attorney, and all listed creditors on this the 18th day of January 2012:

C. Taylor Crockett, Esquire
taylor@taylorcrockett.com

Naomi L. Cobb
7753 Rugby Ave.
Birmingham, AL 35206

                                             /s/ Charles E. King
                                             Assistant Trustee